SALLY WRIGHT, as Committee of the Person and Property of HARRIET WRIGHT, an Incompetent Person, Appellant, v. TRANS-MEDIAN REALTY CORP., Respondent, et al., Defendants.— It appears, or at least was sufficiently indicated to raise a jury question, that the sidewalk construction where plaintiff was injured was special construction for the special benefit of the abutting owner, which would make the present owner responsible for its maintenance (*Nickelsburg* v. *City of New York*, 263 App. Div. 625). Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

In the Matter of the Estate of SIMON H. KUGEL, Deceased. JUDD & GURFEIN, Respondents; HILDA K. HABERMAN et al., Appellants.— Order reversed, with $20 costs and disbursements to the appellants, and the petition dismissed without prejudice, however, to an application under section 278 of the Surrogate's Court Act, and the matter remitted to the Surrogate of the County of New York for further action in accordance with this memoradum. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.; Cohn, J., dissents and votes to affirm. Settle order on notice.

WILMA B. STROHSON, Appellant-Respondent, v. HAROLD F. STROHSON, Respondent-Appellant.— Order unanimously modified by striking from framed issues numbers 1 and 2 the words " On divers and numerous occasions ", and issue number 3 should be eliminated as a framed issue. As so modified the order is affirmed. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

BUSH BARNUM et al., Appellants, v. MARGARET COCUZZA et al., Respondents.— Determination of the Appellate Term and judgment of the Municipal Court reversed, with costs to the appellants in this court and $25 costs in the Appellate Term, and judgment granted in the following amounts: Bush Barnum and John Martin — $137 plus attorney's fee of $50; Barbara C. Jack, Carolinda W. Fischer and Lee J. Fischer, Jr.,— $255 plus attorney's fee of $50; Frank Rennie — $270 plus attorney's fee of $50. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents on the ground that the award of counsel fees in connection with the litigation of the three cases involved, in the Municipal Court, in the Appellate Term and in this court is totally inadequate. Settle order on notice.